UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ANITA BROWN,        )<br>                             )<br>    Plaintiff,           )<br>                             )<br> v.                         )<br>                             )<br> THE COMMUNITY PARTNERSHIP )<br> FOR THE PREVENTION OF      )<br> HOMELESSNESS, ET AL.       )<br>                             )<br>    Defendants.         )<br>                             ) | Case No. 1:08-CV-01166-ESH |

## DEFENDANTS' CONSENT MOTION TO EXTEND TIME TO FILE ANSWERS

Defendants, The Community Partnership for the Prevention of Homelessness and Families Forward, Inc., collectively through their respective counsel, and with the gracious consent of counsel for the plaintiff, request that this Court extend each of their time to file an Answer through and including September 4, 2008. The additional time will allow the parties to explore a voluntary resolution of this matter without spending scarce funds, otherwise dedicated to the public good, on litigation expenses.

Respectfully submitted,


   /s/ Eric M. Rome
Eric M. Rome (DC Bar No. 367241)
Eisen & Rome, P.C.
One Thomas Circle, N.W.
Suite 850
Washington, D.C. 20005
(202) 659-2822x4
*Counsel for Defendant Families Forward, Inc.*

/s/ Marlene L. Johnson
Marlene L. Johnson
#955245
1617 Tuckerman Street, NW
Washington, D.C. 20011-1019
202-726-5375
*Counsel for The Community Partnership for the Prevention of Homelessness*

### Certificate of Service

I hereby certify that a true copy of the foregoing was served electronically on counsel for plaintiff on this 5th day of August, 2008:

Patricia Mullahy Fugere, Esq.- patty@legalclinic.org

Amber Harding, Esq.- amber@legalclinic.org

Jeffrey Gutman, Esq.- jgutman@law.gwu.edu

/s/
Eric M. Rome, Esq