UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ANITA BROWN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:08-CV-01166-ESH |
| ) | |
| THE COMMUNITY PARTNERSHIP ) | |
| FOR THE PREVENTION OF ) | |
| HOMELESSNESS, ET AL. ) | |
| ) | |
| Defendants. ) | |

### DEFENDANT FAMILIES FORWARD, INC.'S ANSWER TO COMPLAINT

Defendant Families Forward, Inc., through counsel, states the following in Answer to Plaintiff's Complaint:

### FIRST DEFENSE

In response to the enumerated paragraphs, this defendant answers as follows:

1. To the extent this paragraph requires a response, this defendant lacks sufficient information to admit or deny any allegations.

2. Denied.

3. This paragraph requires no response.

4. Admitted.

5. Admitted.

6. This defendant lacks sufficient information to admit or deny these allegations.

7. This defendant lacks sufficient information to admit or deny these allegations, with the exception that defendant admits Ms. Brown used a wheelchair.

8. This allegation is not directed at this defendant.

9. This allegation is not directed at this defendant.

10. Admitted.

11. Admitted.

12. This paragraph contains statements of law for which no response is required.

13. This paragraph contains statements of law for which no response is required.

14. This paragraph contains statements of law for which no response is required.

15. This paragraph contains statements of law for which no response is required.

16. This paragraph contains statements of law for which no response is required.

17. This paragraph contains statements of law for which no response is required.

18. This defendant lacks sufficient information to admit or deny the first sentence, and the first part of the second sentence. The balance of the paragraph is admitted.

19. This paragraph contains statements of law for which no response is required.

20. The defendant lacks sufficient information to admit or deny these allegations.

21. This first sentence is denied as phrased. The balance of the paragraph is admitted.

22. Admitted, with the exception of the characterization of the stairway.

23. The first sentence is denied. Defendant lacks information to admit or deny the balance of the paragraph.

24. The first sentence is admitted. Defendant lacks information to admit or deny the balance of the paragraph.

25. The third sentence is admitted. Defendant lacks information to admit or deny the remaining allegations.

26. This defendant lacks sufficient information to admit or deny these allegations.

27. This defendant lacks sufficient information to admit or deny these allegations.

28.  This defendant lacks sufficient information to admit or deny these allegations.

29.  This defendant lacks sufficient information to admit or deny these allegations.

30.  The last sentence is admitted. Defendant lacks sufficient information to admit or deny the remaining allegations.

31.  Defendant admits that plaintiff spoke to Sandra Vanderhurst. Defendant lacks sufficient information to admit or deny the remaining allegations.

32.  Defendant admits that there were several conversations on the issue of relocating to the first floor. The balance of allegations are denied

33.  Admitted.

34.  This defendant cannot comment on what the plaintiff may have observed. The balance of the paragraph is denied.

35.  Admitted.

36.  Admitted.

37.  The letter speaks for itself. The last sentence is denied

38.  The letter speaks for itself.

39.  The letter speaks for itself. The balance of the paragraph is admitted with the exception of the last sentence, which is denied.

40.  Admitted.

41.  Admitted.

42.  Admitted.

43.  Admitted, with the exception of the last sentence, which is denied

44.  Admitted.

45.  The first two sentences are admitted. Defendant lacks sufficient information to

Case 1:08-cv-01166-ESH   Document 6   Filed 09/04/2008   Page 4 of 8

4


admit or deny the third sentence. The fourth sentence is denied, as phrased. The last sentence is denied.

46. This defendant lacks sufficient information to admit or deny these allegations.

47. This defendant lacks sufficient information to admit or deny these allegations.

48. This defendant lacks sufficient information to admit or deny these allegations.

49. This defendant lacks sufficient information to admit or deny these allegations.

50. This defendant lacks sufficient information to admit or deny these allegations.

51. This defendant lacks sufficient information to admit or deny these allegations.

52. This defendant lacks sufficient information to admit or deny these allegations.

53. The first sentence is denied, as phrased. Defendant lacks sufficient information to admit or deny the second sentence.

54. Denied.

55. Denied.

56. Denied.

57. This paragraph contains statements of law for which no response is required.

58. This paragraph contains statements of law for which no response is required.

59. Denied.

60. Denied.

61. Denied.

62. Paragraphs 1-61 are incorporated by reference.

63. This defendant lacks sufficient information to admit or deny these allegations.

64. This paragraph contains statements of law for which no response is required.

65. This paragraph contains statements of law for which no response is required.

66. a. Denied.

        b. Denied.

        c. Denied.

67. Denied.

68. Paragraphs 1-61 are incorporated by reference.

69. This paragraph contains statements of law for which no response is required.

70. This paragraph contains statements of law for which no response is required.

71. This paragraph contains statements of law for which no response is required.

72. This paragraph contains statements of law for which no response is required.

73. a. Denied.

        b. Denied.

        c. Denied.

        d. Denied.

        e. Denied.

        f. Denied.

74. Denied.

75. Paragraphs 1-61 are incorporated by reference.

76. This paragraph contains statements of law for which no response is required.

77. This paragraph contains statements of law for which no response is required.

78. This paragraph contains statements of law for which no response is required.

79. a. Denied.

        b. Denied.

        c. Denied.

        d. Denied.

        e. Denied.

   f. Denied.

80. Denied.

81. Paragraphs 1-61 are incorporated by reference.

82. This paragraph contains statements of law for which no response is required.

83. This paragraph contains statements of law for which no response is required.

84. This paragraph contains statements of law for which no response is required.

85. This paragraph contains statements of law for which no response is required.

86. a. Denied.

   b. Denied.

   c. Denied.

   d. Denied.

   e. Denied.

   f. Denied.

   g. Denied.

87. Denied.

88. Paragraphs 1-61 are incorporated by reference.

89. Denied.

90. Denied.

91. Paragraphs 1-61 are incorporated by reference.

92. This paragraph contains statements of law for which no response is required.

93. Denied.

94. Paragraphs 1-61 are incorporated by reference.

95. Denied.

96. Denied.

## SECOND DEFENSE

The Complaint fails to state a claim against this Defendant upon which relief can be granted.

## THIRD DEFENSE

The Complaint fails to join an indispensable party.

## FOURTH DEFENSE

The Complaint fails, in part, due to the contributory negligence of the Plaintiff.

**WHEREFORE,** it is requested that this matter be dismissed with prejudice, that defendant be awarded their costs and attorney's fees, and that this Court order such other and further relief as may be deemed just and proper.

Respectfully submitted,

/s/ Eric M. Rome
Eric M. Rome (DC Bar No. 367241)
Eisen & Rome, P.C.
One Thomas Circle, N.W.
Suite 850
Washington, D.C. 20005
(202) 659-2822 x 4
*Counsel for Defendant Families Forward, Inc.*

## Certificate of Service

I hereby certify that a true copy of the foregoing was served electronically on counsel for plaintiff on this 4th day of September, 2008:

Patricia Mullahy Fugere, Esq.- patty@legalclinic.org

Amber Harding, Esq.- amber@legalclinic.org

Jeffrey Gutman, Esq.- jgutman@law.gwu.edu

Marlene L. Johnson, Esq. – marlenejohnson@starpower.net

                                                      /s/  
                                          Eric M. Rome, Esq